## Whisler *v.* Rea & Derick, Inc., Appellant.

Argued September, 14, 1972. *James W. Evans*, with him *Goldberg, Evans & Katzman*, for appellant; *John B. Mancke*, with him *Bruce D. Desfor*, and *Meyers & Desfor*, for appellees.

Order affirmed.

November 16, 1972

## Commonwealth *v.* One B.M.W. No. 2002 Car (1971), Appellant.

Submitted September 11, 1972. *Robert J. Eby*, for appellant; *Frederick S. Wolfson*, Assistant District Attorney, and *George E. Christianson*, District Attorney, for Commonwealth, appellee.

Order affirmed.